## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JERRY CHAMPION,
ADC #91354                                                                                          PLAINTIFF

v.                                         2:11-cv-00015-JTK

WENDY KELLEY, et al.                                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that Plaintiff's Complaint against Defendant Kelley is DISMISSED without prejudice, and his Complaint against Defendants Norman and Holloway is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE