**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JERRY CHAMPION,
ADC #91354                                                                                              PLAINTIFF

v.                                          2:11-cv-00015-JTK

WENDY KELLEY, et al.                                                                         DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that Plaintiff's Complaint against Defendant Kelley is DISMISSED without prejudice, and his Complaint against Defendants Norman and Holloway is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE